**UNITED STATES EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ERIN KING, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff,                         ) | 4:19cv2032 SNLJ |
| ) | |
| vs.                                    ) | |
| ) | |
| NORDSTROM, INC.,            ) | |
| ) | |
| Defendant.                      ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Erin King ("Plaintiff"), by her attorneys, individually and on behalf of herself and others similarly situated, hereby dismisses without prejudice all claims against Defendant Nordstrom, Inc.

SO ORDERED this 23rd day of July, 2019

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

BLITZ, BARDGETT & DEUTSCH, L.C.

By: /s/  *Christopher O. Bauman*
Robert D. Blitz #24387
Christopher O. Bauman #52480
120 South Central Ave., Suite 1500
St. Louis, Missouri 63105
314-863-1500 (office)
314-863-1877 (facsimile)
rblitz@bbdlc.com
cbauman@bbdlc.com

Matthew Zevin
Stanley Law Group
10021 Willow Creek Road, Suite 200
San Diego, California 92131
619- 235-5306 (office)
815-377-8419 (facsimile)
mzevin@aol.com